# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2325

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2326

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2327

## TRANSFER ORDER

**Before the Panel:**[*] Before the Panel are three dockets involving allegations of defects in various models of pelvic surgical mesh products manufactured by three groups of manufacturers.[1] Plaintiffs in almost twenty actions before the Panel have moved pursuant to 28 U.S.C. § 1407, to centralize all MDL No. 2325, MDL No. 2326, and MDL No. 2327 actions in the Southern District of West Virginia. In MDL No. 2325, defendant AMS has moved to centralize the MDL No. 2325 actions in the District of Minnesota or, alternatively, if the Panel deems centralization of three MDLs to be appropriate, suggests the Southern District of West Virginia as transferee district. This litigation currently consists of approximately150 actions spread across the country,[2] as listed on the attached schedules. The Panel has been notified of numerous additional potentially related actions.[3]

---

[*]      Judge W. Royal Furgeson, Jr. took no part in the decision of this matter.

[1]      American Medical Systems, Inc. and related entities (AMS); Boston Scientific Corp. (Boston Scientific); and Ethicon, Inc., Johnson & Johnson, and related entities (Ethicon).

[2]      Two additional actions were included in the MDL No. 2325 motion, and a third action was included in the motions to centralize MDL Nos. 2325 and 2327, but they have each been remanded to state court or voluntarily dismissed. An additional unrelated action inadvertently was included in the MDL No. 2327 Section 1407 motion, but movants have withdrawn that action from consideration on the motion.

[3]      These actions and any other related actions are potential tag-along actions. *See* Rules 1.1(h), 7.1, and 7.2.

Plaintiffs in over 100 actions and potentially related actions support centralization of all actions in the Southern District of West Virginia. Responding plaintiffs, alternatively or in the first instance, also have suggested other transferee districts for one or more of these MDLs, including the Eastern District of Louisiana, the Western District of Louisiana, the Eastern District of Pennsylvania, and the Northern District of California. Plaintiff in the District of New Jersey *Bienstock* action opposes centralization, and plaintiffs in the District of Nevada *Erwin* action request the Panel defer transferring their case until their motion for remand to state court is decided, but concede that if remand is denied, transfer is appropriate. Defendant Boston Scientific suggests centralization of the MDL No. 2326 actions in the Western District of Oklahoma or, if the Panel deems centralization of three MDLs in one district to be appropriate, supports the Southern District of West Virginia as transferee district. Defendant Ethicon suggests centralization of only the MDL No. 2327 actions in the District of New Jersey or, alternatively, the Northern District of Georgia.

Almost all parties agree that centralization of each of these separate MDLs is appropriate. The actions in each MDL share factual issues arising from allegations of defects in pelvic surgical mesh products manufactured by AMS, Boston Scientific, and Ethicon, respectively. Centralization therefore will eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel and the judiciary. Moreover, centralization of each litigation is consistent with our decisions in *In re Mentor Corp. ObTape Transobturator Sling Products Liability Litigation*, MDL No. 2004, 588 F.Supp.2d 1374 (J.P.M.L. 2008); and *In re Avaulta Pelvic Support Systems Products Liability Litigation*, MDL No. 2187, 746 F.Supp.2d 1362 (J.P.M.L. 2010).

The central dispute among the parties is where each MDL should proceed. Most plaintiffs argue in favor of three MDLs proceeding in one district; namely, the Southern District of West Virginia. Defendants prefer centralization of each litigation in separate districts. We are persuaded that the Southern District of West Virginia is the most appropriate transferee forum for each of these MDLs. Chief Judge Joseph R. Goodwin of that district is currently presiding over MDL No. 2187, which involves claims of defects in similar pelvic surgical mesh products, and is uniquely situated to preside over the similar claims in these three MDLs. The pelvic surgical mesh products at issue in MDL Nos. 2325, 2326, and 2327 are used to treat similar conditions as those at issue in MDL No. 2187, and they have allegedly resulted in similar injuries. Almost all responding plaintiffs support centralization in this district, and defendants AMS and Boston Scientific concede that the Southern District of West Virginia is an appropriate transferee district. Finally, a number of these actions are brought by plaintiffs who were implanted with multiple products made by multiple manufacturers. Centralization of the three MDLs in one court will allow for coordination of any overlapping issues of fact in such multi-product, multi-defendant actions.[4]

---

[4] The Panel has determined in consultation with the transferee judge to transfer actions involving multiple manufacturer defendants to the MDL involving the first named defendant in that action.

We will not delay transfer of the District of Nevada *Erwin* action. Plaintiffs can present their motion for remand to state court to the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). We similarly decline to exclude the District of New Jersey *Bienstock* action from MDL No. 2327, as it shares questions of fact with the actions in that MDL and does not appear to be so far advanced that it would not benefit from centralized proceedings.

We decline to include three of the actions listed on the MDL No. 2325 motion in centralized proceedings, as listed on Schedule B. After the motions to centralize were filed, plaintiffs in the District of Minnesota *Flight* action amended their complaint to bring claims only against an unrelated manufacturer. AMS is no longer named in this action and, therefore, it appears that it does not belong in MDL No. 2325. Additionally, the Southern District of West Virginia *Culbertson* action that was included in the initial motion for centralization in MDL No. 2325 is currently a part of MDL No. 2187, as it involves claims against C.R. Bard, Inc. (Bard). In transferring the claims against Bard in October 2011, the Panel separated and remanded claims against AMS to the District of South Carolina. The claims involving AMS, therefore, are still pending in the District of South Carolina, not in the Southern District of West Virginia. We have determined, however, that it is beneficial in this litigation for a particular action involving claims against multiple manufacturers to remain whole and proceed as one action. Therefore, the Panel will place the remaining claims in the District of South Carolina *Culbertson* action on a conditional transfer order for MDL No. 2187 in due course. Finally, the Western District of Louisiana *Waldroup* action, which names Boston Scientific as its first defendant, is included in the MDL No. 2325 motion for centralization but not on the MDL No. 2326 motion for centralization. As we have determined to transfer such multi-product, multi-defendant actions to the MDL involving the first named defendant, the Panel will not transfer this action with the present order, but will instead place the action on a conditional transfer order in MDL No. 2326.

On the basis of the papers filed and hearing session held we find that the actions contained in each MDL involve common questions of fact, and that centralization of each of MDL No. 2325, 2326 and 2327 in the Southern District of West Virginia will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that the motions for centralization of MDL No. 2325, MDL No. 2326, and MDL No. 2327 in the Southern District of West Virginia are granted.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A, encompassing MDL No. 2325 actions involving AMS, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

IT IS FURTHER ORDERED that transfer under Section 1407 of the three actions listed on Schedule B is denied.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule C, encompassing MDL No. 2326 actions involving Boston Scientific, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule D, encompassing MDL No. 2327 actions involving Ethicon, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED ON

FEB - 7 2012

TERESA L. DEPPNER, CLERK
U.S. ...
Southern District ... ...
By ...

John G. Heyburn II
Chairman

Kathryn H. Vratil          Barbara S. Jones
Paul J. Barbadoro          Marjorie O. Rendell
Charles R. Breyer

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2325

## SCHEDULE A

### Northern District of Alabama

Shannon Farr, et al. v. American Medical Systems, Inc., et al., C.A. No. 5:11-02767

### District of Arizona

Kaylin Oldfather v. American Medical Systems, Inc., C.A. No. 2:11-02022

### Central District of California

Jill Engledow v. Mentor Corporation, et al., C.A. No. 2:11-07391
Susan Galbreath, et al. v. Steve Seung Yil Koh, M.D., et al., C.A. No. 2:11-08387

### Northern District of California

Ellen Ambroff, et al. v. American Medical Systems, Inc., C.A. No. 3:08-04289
Shellie Hill, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04610
Judy Anna Winegardner, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04611
Iona Metcalf, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04612
Jenelle Hoover, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04614
Kathleen Nichols-Gould, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04616
Vicki Gray v. American Medical Systems, Inc., C.A. No. 3:11-04668
Kathleen Schmidt, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04670
Francine Baia, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04671
Summer Abrego v. American Medical Systems, Inc., C.A. No. 3:11-04672
Carole Chenoweth v. American Medical Systems, Inc., C.A. No. 3:11-05145
Patricia Hendricksen v. American Medical Systems, Inc., C.A. No. 3:11-05146
Sherry Maloney v. American Medical Systems, Inc., C.A. No. 3:11-05312
Lisa Roddy, et al. v. American Medical Systems, Inc., C.A. No. 4:11-03970
Michelle Arsenault v. American Medical Systems, Inc., C.A. No. 4:11-04343
Susan Petkovich, et al. v. American Medical Systems, Inc., C.A. No. 4:11-04613
Letitia Greene-Newton, et al. v. American Medical Systems, Inc. C.A. No. 4:11-04615
Veda Lester v. American Medical Systems, Inc., C.A. No. 4:11-04669
April Stevens v. American Medical Systems, Inc., C.A. No. 4:11-05143
Joette Boone, et al. v. American Medical Systems, Inc., et al., C.A. No. 4:11-05144
Cindy Wyatt, et al. v. American Medical Systems, Inc., C.A. No. 4:11-05147
Jan Glisson, et al. v. American Medical Systems, Inc., C.A. No. 5:11-04945
Ramona Foley, et al. v. American Medical Systems, Inc., C.A. No. 5:11-05014

**MDL No. 2325 Schedule A (Continued)**

<u>District of Delaware</u>

Cathy Hoppe v. American Medical Systems, Inc., et al., C.A. No. 1:11-01012

<u>District of District of Columbia</u>

Deborah Tedford v. American Medical Systems, Inc., C.A. No. 1:11-01472

<u>Northern District of Florida</u>

Carolyn Finlay v. American Medical Systems, Inc., C.A. No. 3:11-00507

<u>Northern District of Georgia</u>

Kimberly Williams v. American Medical Systems, Inc., et al., C.A. No. 1:11-02782
Cynthia Daniel, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03261
Holly Johnson, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03925
Patricia Ledford, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03926
Lynn Pope, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03928
Laurie Schultz v. American Medical Systems, Inc., C.A. No. 1:11-03929
Sonya Waren, et al. v. American Medical Systems, Inc., C.A. No. 2:11-00310
Tammy Powell, et al. v. American Medical Systems, Inc., C.A. No. 3:11-00159
Maritza Reneau, et al. v. American Medical Systems, Inc., C.A. No. 3:11-00180

<u>Western District of Louisiana</u>

Patsy J. Brandao, et al. v. American Medical Systems Holdings Inc., et al.,
  C.A. No. 5:11-01767
JoAnn B. Pickard v. American Medical Systems Inc., et al., C.A. No. 5:11-01845

<u>District of Maryland</u>

Robin Dahl v. American Medical Systems, Inc., C.A. No. 1:11-02925

<u>District of Minnesota</u>

Amy Wells, et al. v. American Medical Systems, Inc., C.A. No. 0:11-02141
Bobbie Fearn, et al. v. American Medical Systems, Inc., C.A. No. 0:11-02502
JoAnn Hill v. American Medical Systems, Inc., C.A. No. 0:11-02589

**MDL No. 2325 Schedule A (Continued)**

<u>District of Nevada</u>

Carol S. Austin-Fink v. American Medical Systems, Inc., C.A. No. 2:09-01981
Connie Erwin, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-01475
Debra Grumbles v. American Medical Systems, Inc., C.A. No. 2:11-01582

<u>Middle District of North Carolina</u>

Tamara Tucker, et al. v. American Medical Systems, Inc., et al., C.A. No. 1:11-00974

<u>Western District of Oklahoma</u>

Lisa Berry v. American Medical Systems, Inc., et al., C.A. No. 5:11-00748
Tina Gordon v. American Medical Systems Holdings Inc., et al., C.A. No. 5:11-01259
Jennifer Gaines, et al. v. American Medical Systems, Inc., C.A. No. 5:11-01299

<u>Eastern District of Pennsylvania</u>

Paulette Lewis v. American Medical Systems, Inc., C.A. No. 2:11-05445
Kathleen Craig, et al. v. American Medical Systems, Inc., C.A. No. 2:11-05462
Linda Osman, et al. v. American Medical Systems, Inc., C.A. No. 2:11-05465
Helga White v. American Medical Systems, Inc., et al., C.A. No. 2:11-05520
Jennifer Heiser v. Endo Pharmaceuticals, C.A. No. 2:11-06651
Maggie McEwan, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06652
Kathleen Kenton, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06653
Bernella Meche v. Endo Pharmaceuticals, C.A. No. 2:11-06654
Holli Allen, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06655
Mary Howard, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06656
Joann Cosma, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06657
Evelyn Bonilla, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06658
Jane Mixon, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06659
Helen Reaves v. Endo Pharmaceuticals, C.A. No. 2:11-06660
Mary Smith, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06661
Joann Fosbenner, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06662
Marie Quigley, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06663
April Perdue, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06664
Valinda Aumiller v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06804
Gina Kolar v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06805

**MDL No. 2325 Schedule A (Continued)**

<u>Eastern District of Pennsylvania</u> (Continued)

Candace Lyons v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06806
Gearal Moneypenny, et al. v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06807
Susan Cox v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06808
Katherine Simmons v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06809
Kaci Mitchell v. Endo Pharmaceuticals, C.A. No. 2:11-07131
Joycebeth Stoutamire v. Endo Pharmaceuticals, C.A. No. 2:11-07134
Gidget Crossett v. Endo Pharmaceuticals, C.A. No. 2:11-07135

<u>Western District of Texas</u>

Sandra Colon v. American Medical Systems, Inc., C.A. No. 1:11-00872

<u>District of Utah</u>

Jeanne Kramer, et al. v. American Medical Systems, Inc., C.A. No. 2:11-01004

<u>Western District of Washington</u>

Diane Horton, et al. v. American Medical Systems, Inc., et al., C.A. No. 3:11-05780

<u>Southern District of West Virginia</u>

Jessica Swaim, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-00827
Virginia Johnson, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-00933

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

## SCHEDULE B
## ACTIONS FOR WHICH TRANSFER IS DENIED

### Western District of Louisiana

Bette G. Waldroup, et al. v. Boston Scientific Corp., et al., C.A. No. 3:11-01854

### District of Minnesota

Marsha Flight, et al. v. American Medical Systems, Inc., et al., C.A. No. 0:11-01761

### Southern District of West Virginia

Fronde Culbertson, et al. v. C. R. Bard, Inc., et al., C.A. No. 2:11-00796

## SCHEDULE C

Middle District of Alabama

Kimberly Barber, et al. v. Boston Scientific Corp., C.A. No. 2:11-00952

Northern District of Alabama

Anna Buchanan, et al. v. Boston Scientific Corp., C.A. No. 2:11-03946
Mary Nalley, et al. v. Boston Scientific Corp., C.A. No. 4:11-03521
Ava Kirkpatrick v. Boston Scientific Corp., C.A. No. 5:11-03759

District of Arizona

Catherine A. Avent v. Boston Scientific Corp., C.A. No. 2:11-02280

Central District of California

Sherry Herkal v. Boston Scientific Corp., et al., C.A. No. 2:11-08678

Northern District of California

Michelle Spence, et al. v. Boston Scientific Corp., C.A. No. 3:11-04961

Southern District of Florida

Marta Iglesias, et al. v. Boston Scientific Corp., C.A. No. 1:11-24263

Northern District of Georgia

Tami Goodson v. Boston Scientific Corp., C.A. No. 1:11-03023
Geraldine Bailey, et al. v. Boston Scientific Corp., C.A. No. 1:11-03981
Nicole Preston, et al. v. Boston Scientific Corp., C.A. No. 1:11-03982

Western District of Louisiana

Minnie V. Mann v. Boston Scientific Corp., C.A. No. 3:11-01785
Anita M. Jolly, et al. v. Boston Scientific Corp., C.A. No. 3:11-01871
Amanda Powell, et al. v. Boston Scientific Corp., C.A. No. 3:11-01876

**MDL No. 2326 Schedule C (Continued)**

<u>Western District of Louisiana</u> (Continued)

Nancy K. Williams v. Boston Scientific Corp., et al., C.A. No. 3:11-01938
Karen S. Weller v. Boston Scientific Corp., C.A. No. 5:11-01696

<u>Western District of North Carolina</u>

Patsy Meadows, et al. v. Boston Scientific Corp., C.A. No. 5:11-00143

<u>Western District of Oklahoma</u>

Terre Hammonds v. Boston Scientific, Inc., C.A. No. 5:11-00663

<u>District of South Carolina</u>

Donna Beatty, et al. v. Boston Scientific Corp., C.A. No. 2:11-03147
Lisa Daniels v. Boston Scientific Corp., C.A. No. 3:11-02849

<u>Middle District of Tennessee</u>

Tammy L. Kennamore v. Boston Scientific Corp., C.A. No. 3:11-01064

<u>Western District of Texas</u>

Leona Webb, et al. v. Boston Scientific Corp., C.A. No. 1:11-00873 )

<u>Southern District of West Virginia</u>

Brenda Moyer, et al. v. Boston Scientific Corp., C.A. No. 2:11-00810

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2327

## SCHEDULE D

### Northern District of Florida

Barbara Dykes v. Ethicon, Inc., et al., C.A. No. 3:11-00564

### Southern District of Florida

Susan Thaman, et al. v. Ethicon, Inc., C.A. No. 2:11-14390

### Middle District of Georgia

Amy Holland, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00135
Carrie Smith v. Ethicon, Inc., et al., C.A. No. 5:11-00467

### Northern District of Georgia

Iris Geraldine Carr, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02217
Cathy Warlick, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02758
Doris Jackson v. Johnson & Johnson, et al., C.A. No. 1:11-03903
Quillan Garnett, et al. v. Johnson & Johnson, et al., C.A. No. 1:11-03904
Kathy Barton v. Gynecare, Inc., et al., C.A. No. 3:11-00176

### Southern District of Georgia

Mary Luellen Kilday, et al. v. Johnson & Johnson, et al., C.A. No. 4:11-00286
Janice Swaney v. Johnson & Johnson, et al., C.A. No.4:11-00287
Mary F. Cone v. Ethicon, Inc., et al., C.A. No. 5:11-00110

### District of Kansas

Joy Essman, et al. v. Ethicon, Inc., et al., C.A. No. 2:11-02595

### Eastern District of Louisiana

Linda B. Ryan v. Johnson & Johnson, Inc., et al., C.A. No. 2:11-02751

### Western District of Louisiana

Teri Key Shively, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00362
Terrie S. Gregory, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01768

**MDL No. 2327 Schedule A (Continued)**

<u>Western District of Louisiana</u> (Continued)

Tina Morrow, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01866
Susan C. Hayes, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01897
Charlene Logan Taylor v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01894
Shirley Carroll, et al. v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01937

<u>Southern District of Mississippi</u>

Polly Middlebrook v. Ethicon, Inc., C.A. No. 4:11-00169

<u>Western District of Missouri</u>

Sandra L. Woolfe v. Ethicon, Inc., et al., C.A. No. 4:11-01040

<u>District of New Jersey</u>

Caryn Bienstock v. Ethicon, Inc., et al., C.A. No. 3:11-04080

<u>Northern District of New York</u>

Kathleen Wolfe v. Ethicon, Inc., C.A. No. 6:11-00180

<u>Northern District of Ohio</u>

Judy White, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-01562
Joann Heather, et al. v. Ethicon, Inc., et al., C.A. No. 5:11-02012

<u>Southern District of Ohio</u>

Sharon Boggs, et al. v. Ethicon, Inc., C.A. No. 1:11-00516

<u>Eastern District of Pennsylvania</u>

Joanna Jacobson v. Ethicon, Inc., C.A. No. 2:11-05591
Rose Gomez, et al. v. Ethicon, Inc., C.A. No. 2:11-05625
Amanda Deleon, et al. v. Ethicon, Inc., C.A. No. 5:11-05538

**MDL No. 2327 Schedule A (Continued)**

<u>Western District of Pennsylvania</u>

Deborah A. Smith v. Ethicon, Inc., C.A. No. 1:11-00279

<u>District of South Carolina</u>

Charlotte Hargrove v. Johnson & Johnson, et al., C.A. No. 2:11-03242

<u>Eastern District of Tennessee</u>

Helen Brown, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00483

<u>District of Utah</u>

Carol Dimock v. Ethicon, Inc., et al., C.A. No. 2:11-01048

<u>Western District of Washington</u>

Dawna Hankins v Ethicon, Inc., C.A. No. 2:11-01635

<u>Southern District of West Virginia</u>

Wilma Johnson v. Ethicon, Inc., C.A. No. 2:11-00809

<u>Eastern District of Wisconsin</u>

Deborah Lozano, et al. v. Ethicon, Inc., C.A. No. 2:11-00836

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Initial Transfer Order (Transferee Clerk)
JPMLCMECF
to:
JPMLCMDECF
02/07/2012 03:13 PM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/7/2012 at 3:13 PM EST and filed on 2/7/2012
**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Swaney v. Johnson & Johnson et al
**Case Number:** GAS/4:11-cv-00287
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hargrove v. Johnson & Johnson et al |
| **Case Number:** | SC/2:11-cv-03242 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Taylor v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/5:11-cv-01894 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Shively et al v. Johnson & Johnson et al |
| **Case Number:** | LAW/3:11-cv-00362 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** SMITH v. ETHICON, INC.
**Case Number:** PAW/1:11-cv-00279
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** DELEON et al v. ETHICON, INC.
**Case Number:** PAE/5:11-cv-05538
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | White et al v. Ethicon, Inc. et al |
| **Case Number:** | OHN/1:11-cv-01562 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Woolfe v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:11-cv-01040 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**          GOMEZ et al v. ETHICON, INC.
**Case Number:**        PAE/2:11-cv-05625
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**          Jackson v. Johnson & Johnson et al
**Case Number:**        GAN/1:11-cv-03903
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for**

**Multidistrict Litigation Transferee Court Clerks** and the **District Court Clerks Manual - Multidistrict Litigation - Chapter 11**.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Gregory et al v. Johnson & Johnson Inc et al
**Case Number:**   LAW/3:11-cv-01768
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**       Dimock v. Ethicon et al
**Case Number:**   UT/2:11-cv-01048
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of**

the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**       Essman et al v. Ethicon, Inc. et al
**Case Number:**     KS/2:11-cv-02595
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**       Carroll et al v. Johnson & Johnson Inc et al
**Case Number:**     LAW/5:11-cv-01937
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be

**effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Morrow et al v. Johnson & Johnson Inc et al |
| **Case Number:** | <u>LAW/3:11-cv-01866</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">**\*\*\*TEXT ONLY ENTRY\*\*\***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Middlebrook v. Ethicon, Inc. |
| **Case Number:** | <u>MSS/4:11-cv-00169</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">**\*\*\*TEXT ONLY ENTRY\*\*\***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:            Ryan v. Johnson & Johnson, Inc. et al
Case Number:          LAE/2:11-cv-02751
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:            Hankins v Ethicon Inc
Case Number:          WAW/2:11-cv-01635
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hayes et al v. Johnson & Johnson Inc et al |
| **Case Number:** | <u>LAW/3:11-cv-01897</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***\*\*\*TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Kilday et al v. Johnson & Johnson et al |
| **Case Number:** | <u>GAS/4:11-cv-00286</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Warlick et al v. Ethicon, Inc. et al |
| **Case Number:** | GAN/1:11-cv-02758 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Wolfe v. Ethicon, Inc. |
| **Case Number:** | NYN/6:11-cv-00180 |

**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Boggs et al v. Ethicon, Inc. |
| **Case Number:** | OHS/1:11-cv-00516 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** HOLLAND et al v. Johnson & Johnson et al
**Case Number:** GAM/3:11-cv-00135
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Garnett et al v. Johnson & Johnson et al
**Case Number:** GAN/1:11-cv-03904
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Carr et al v. Ethicon, Inc. et al
**Case Number:** GAN/1:11-cv-02217
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Barton v. Gynecare, Inc. et al
**Case Number:** GAN/3:11-cv-00176
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Heather et al v. Ethicon, Inc. et al
**Case Number:**   OHN/5:11-cv-02012
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Bienstock v. Ethicon, Inc., et al
**Case Number:**   NJ/3:11-cv-04080
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for**

**Multidistrict Litigation Transferee Court Clerks** and the **District Court Clerks Manual - Multidistrict Litigation - Chapter 11**.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Brown et al v. Johnson & Johnson et al
**Case Number:**  TNE/3:11-cv-00483
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Cone v. Ethicon, Inc. et al
**Case Number:**  GAS/5:11-cv-00110
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of**

the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:          DYKES v. ETHICON INC et al
Case Number:        FLN/3:11-cv-00564
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:          Thaman et al v. Ethicon, Inc.
Case Number:        FLS/2:11-cv-14390
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be

effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:        JACOBSON v. ETHICON, INC.
Case Number:      PAE/2:11-cv-05591
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

Case Name:        SMITH v. ETHICON INC et al
Case Number:      GAM/5:11-cv-00467
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Lozano et al v. Ethicon Inc |
| **Case Number:** | WIE/2:11-cv-00836 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**No public notice (electronic or otherwise) sent because the entry is private**

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability
Litigation
JPMLCMECF
to:
JPMLCMDECF
02/07/2012 03:09 PM
Show Details

**<span style="color:red">This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.</span>**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/7/2012 at 3:07 PM EST and filed on 2/7/2012

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 115 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ([1] in MDL No. 2327)* **Transferring 36 action(s) to Judge
Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Swaney v. Johnson & Johnson et al |
| **Case Number:** | GAS/4:11-cv-00287 |
| **Filer:** | |
| **Document Number:** | 42 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge
Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Taylor v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/5:11-cv-01894 |

<span style="color:#4472C4">Case 4:11-cv-01040-GAF   Document 9   Filed 02/08/12   Page 35 of 62</span>

**Filer:**
**Document Number:** 38

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     GOMEZ et al v. ETHICON, INC.
**Case Number:**     PAE/2:11-cv-05625
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Dimock v. Ethicon et al
**Case Number:**     UT/2:11-cv-01048
**Filer:**
**Document Number:** 40

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**     Carroll et al v. Johnson & Johnson Inc et al
**Case Number:**     LAW/5:11-cv-01937
**Filer:**
**Document Number:** 46

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Morrow et al v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/3:11-cv-01866 |
| **Filer:** | |
| **Document Number:** | 38 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Middlebrook v. Ethicon, Inc. |
| **Case Number:** | MSS/4:11-cv-00169 |
| **Filer:** | |
| **Document Number:** | 39 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ryan v. Johnson & Johnson, Inc. et al |
| **Case Number:** | LAE/2:11-cv-02751 |
| **Filer:** | |
| **Document Number:** | 42 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Kilday et al v. Johnson & Johnson et al |

**Case Number:** GAS/4:11-cv-00286
**Filer:**
**Document Number:** 42

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Warlick et al v. Ethicon, Inc. et al
**Case Number:** GAN/1:11-cv-02758
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Wolfe v. Ethicon, Inc.
**Case Number:** NYN/6:11-cv-00180
**Filer:**
**Document Number:** 37

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** HOLLAND et al v. Johnson & Johnson et al
**Case Number:** GAM/3:11-cv-00135
**Filer:**
**Document Number:** 42

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge**

Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**       Carr et al v. Ethicon, Inc. et al
**Case Number:**     GAN/1:11-cv-02217
**Filer:**
**Document Number:** 47

**Docket Text:**
TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**       Barton v. Gynecare, Inc. et al
**Case Number:**     GAN/3:11-cv-00176
**Filer:**
**Document Number:** 38

**Docket Text:**
TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**       Bienstock v. Ethicon, Inc., et al
**Case Number:**     NJ/3:11-cv-04080
**Filer:**
**Document Number:** 43

**Docket Text:**
TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2327 et al. (TLL)

**Case Name:**   Cone v. Ethicon, Inc. et al

**Case Number:**  GAS/5:11-cv-00110

**Filer:**

**Document Number:** 43

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**   Thaman et al v. Ethicon, Inc.

**Case Number:**  FLS/2:11-cv-14390

**Filer:**

**Document Number:** 39

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**   Johnson v. Ethicon, Inc.

**Case Number:**  WVS/2:11-cv-00809

**Filer:**

**Document Number:** 41

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**   SMITH v. ETHICON INC et al

**Case Number:**  GAM/5:11-cv-00467

**Filer:**

**Document Number:** 39

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Hargrove v. Johnson & Johnson et al
**Case Number:**    SC/2:11-cv-03242
**Filer:**
**Document Number:** 40

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    Shively et al v. Johnson & Johnson et al
**Case Number:**    LAW/3:11-cv-00362
**Filer:**
**Document Number:** 38

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**    SMITH v. ETHICON, INC.
**Case Number:**    PAW/1:11-cv-00279
**Filer:**
**Document Number:** 41

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

Case 4:11-cv-01040-GAF   Document 9   Filed 02/08/12   Page 41 of 62

**Case Name:** Woolfe v. Ethicon, Inc. et al
**Case Number:** MOW/4:11-cv-01040
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** White et al v. Ethicon, Inc. et al
**Case Number:** OHN/1:11-cv-01562
**Filer:**
**Document Number:** 41

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** DELEON et al v. ETHICON, INC.
**Case Number:** PAE/5:11-cv-05538
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Jackson v. Johnson & Johnson et al
**Case Number:** GAN/1:11-cv-03903
**Filer:**
**Document Number:** 42

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Gregory et al v. Johnson & Johnson Inc et al
**Case Number:**    LAW/3:11-cv-01768
**Filer:**
**Document Number:** 38

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Essman et al v. Ethicon, Inc. et al
**Case Number:**    KS/2:11-cv-02595
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**        Hayes et al v. Johnson & Johnson Inc et al
**Case Number:**    LAW/3:11-cv-01897
**Filer:**
**Document Number:** 38

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Hankins v Ethicon Inc

**Case Number:**    WAW/2:11-cv-01635

**Filer:**

**Document Number:** 39

**Docket Text:**

**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Boggs et al v. Ethicon, Inc.

**Case Number:**    OHS/1:11-cv-00516

**Filer:**

**Document Number:** 39

**Docket Text:**

**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Garnett et al v. Johnson & Johnson et al

**Case Number:**    GAN/1:11-cv-03904

**Filer:**

**Document Number:** 42

**Docket Text:**

**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Heather et al v. Ethicon, Inc. et al

**Case Number:**    OHN/5:11-cv-02012

**Filer:**

**Document Number:** 39

**Docket Text:**

**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      Brown et al v. Johnson & Johnson et al
**Case Number:**    TNE/3:11-cv-00483
**Filer:**
**Document Number:** 40

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      DYKES v. ETHICON INC et al
**Case Number:**    FLN/3:11-cv-00564
**Filer:**
**Document Number:** 42

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:**      JACOBSON v. ETHICON, INC.
**Case Number:**    PAE/2:11-cv-05591
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2327)* **Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**Case Name:** Lozano et al v. Ethicon Inc
**Case Number:** WIE/2:11-cv-00836
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2327)* Transferring 36 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2327 et al. (TLL)**

**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

**GAS/4:11-cv-00287 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAS/4:11-cv-00287 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**LAW/5:11-cv-01894 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

**LAW/5:11-cv-01894 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**PAE/2:11-cv-05625 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

MELISSA A GRAFF melissa.graff@dbr.com

**PAE/2:11-cv-05625 Notice will not be electronically mailed to:**

**UT/2:11-cv-01048 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Douglas B Cannon dcannon@fabianlaw.com, sdore@fabianlaw.com

John A. Anderson jaanderson@stoel.com

Rachel S. Anderson randerson@fabianlaw.com

Timothy M. Considine tmconsidine@stoel.com

**UT/2:11-cv-01048 Notice will not be electronically mailed to:**

**LAW/5:11-cv-01937 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,

ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Jon Andrew Strongman jstrongman@shb.com, bpratt@shb.com, dldavis@shb.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

**LAW/5:11-cv-01937 Notice will not be electronically mailed to:**

Boston Scientific Corporation
J. Raymond Elliot
One Boston Scientific Place
Natick, MA 01760

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
Brunswick, NJ 08933

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**LAW/3:11-cv-01866 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

**LAW/3:11-cv-01866 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**MSS/4:11-cv-00169 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Sheila M Bossier sbossier@bossier-law.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com, mark@voodoocowboy.com

**MSS/4:11-cv-00169 Notice will not be electronically mailed to:**

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

**LAE/2:11-cv-02751 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Daniel E Becnel, Jr dbecnel@becnellaw.com, mmoreland@becnellaw.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle riggron@gmail.com, rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

**LAE/2:11-cv-02751 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**GAS/4:11-cv-00286 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,
jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAS/4:11-cv-00286 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**GAN/1:11-cv-02758 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Nancy Karen Deming karen.deming@troutmansanders.com, kay.deming@troutmansanders.com

S. Eric Rumanek eric.rumanek@troutmansanders.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Michael L Brown michael.brown@butlersnow.com

**GAN/1:11-cv-02758 Notice will not be electronically mailed to:**

**NYN/6:11-cv-00180 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Robert Abdella robertabdella@citlink.net

KELLY S. CRAWFORD kcrawford@riker.com

George Abdella michellelagreca@citlink.net

Maha M. Kabbash mkabbash@riker.com

**NYN/6:11-cv-00180 Notice will not be electronically mailed to:**

**GAM/3:11-cv-00135 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,

jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

Nancy Karen Deming karen.deming@troutmansanders.com, kay.deming@troutmansanders.com

S. Eric Rumanek eric.rumanek@troutmansanders.com

James B. Matthews, III jbm@bbgbalaw.com

**GAM/3:11-cv-00135 Notice will not be electronically mailed to:**

Ethicon Inc.
Route 22 West
Somerville, NJ 08876

Johnson & Johnson Inc.
Douglas K. Chia, Registered Agent
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**GAN/1:11-cv-02217 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Barbara R Binis bbinis@reedsmith.com

Lori Gail Cohen cohenl@gtlaw.com, paged@gtlaw.com, smithcy@gtlaw.com

Jon Andrew Strongman jstrongman@shb.com, bpratt@shb.com, dldavis@shb.com

Audrey M Tolson AudreyTolson@TolsonFirm.com

Nancy Karen Deming karen.deming@troutmansanders.com, kay.deming@troutmansanders.com

S. Eric Rumanek eric.rumanek@troutmansanders.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

R. Scott Campbell campbellrs@gtlaw.com

Johnathan Tyler Krawcheck jkrawcheck@wwhgd.com

Brannon Jones Arnold barnold@wwhgd.com

Hunter Smith Allen, Jr hallen@amolawfirm.com

Cara Weiner CWeiner@amolawfirm.com

Lisa York Bowman (Terminated) lisa@gideonwiseman.com

Michael L Brown michael.brown@butlersnow.com

**GAN/1:11-cv-02217 Notice will not be electronically mailed to:**

Ethicon Inc.
Route 22 West
Somerville, NJ 08876

**GAN/3:11-cv-00176 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

John Deaton Steel jsteel@steel-moss.com

McNeill Stokes mcstokes@bellsouth.net

**GAN/3:11-cv-00176 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Gynecare, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson
c/o CT Corporation System, Registered Agent
1201 Peachtree Street, N.E.
Atlanta, GA 30361

**NJ/3:11-cv-04080 Notice has been electronically mailed to:**

Sybil Shainwald shainwald@shainwaldlaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,

laura.dixon@butlersnow.com, mkabbash@riker.com

Christina J. Kazepis christina.kazepis@shainwaldlaw.com, hkim@yourlawyer.com

MAHA MUNAYYER KABBASH mkabbash@riker.com

KELLY S. CRAWFORD kcrawford@riker.com

**NJ/3:11-cv-04080 Notice will not be electronically mailed to:**

**GAS/5:11-cv-00110 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com, mark@voodoocowboy.com

**GAS/5:11-cv-00110 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**FLS/2:11-cv-14390 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Michael Steven Goetz MGoetz@forthepeople.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com, mark@voodoocowboy.com

Huda Ajlani ajlanilaw@gmail.com

**FLS/2:11-cv-14390 Notice will not be electronically mailed to:**

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

**WVS/2:11-cv-00809 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Mark F. Underwood markunderwood@underwoodlawoffices.com

**WVS/2:11-cv-00809 Notice will not be electronically mailed to:**

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

**GAM/5:11-cv-00467 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com, mark@voodoocowboy.com

**GAM/5:11-cv-00467 Notice will not be electronically mailed to:**

Ethicon Inc.
Route 22 West
Somerville, NJ 08876

Johnson & Johnson Inc.
Douglas K. Chia, Registered Agent
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**SC/2:11-cv-03242 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

David B Bartel david.bartel@quarles.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Catherine A Faught catherine.faught@quarles.com

**SC/2:11-cv-03242 Notice will not be electronically mailed to:**

Gynecare, Inc.

Route 22 West
Sommerville, NJ 08876

Johnson & Johnson Inc.
Douglas K. Chia, Registered Agent
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**LAW/3:11-cv-00362 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

James B. Irwin, V jirwin@irwinllc.com

David O'Quinn doquinn@irwinllc.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

Michael L Brown michael.brown@butlersnow.com

Stephanie Lottinger Irwin sirwin@irwinllc.com

Robert W Robison, Jr rrobison@wbwplaw.com

Kurt Stephen Blankenship kblankenship@bluewilliams.com

Christopher G Otten cotten@hmhlp.com

Kari L Sutherland kari.sutherland@butlersnow.com

Anita Modak-Truran anita.modak-truran@butlersnow.com

**LAW/3:11-cv-00362 Notice will not be electronically mailed to:**

Ethicon LLC
The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19082

Ruston Louisiana Hospital Co., LLC
Corporation Service Co.
320 Somerulos Street
Baton Rouge, LA 70802-6129

**PAW/1:11-cv-00279 Notice has been electronically mailed to:**

C. James Zeszutek james.zeszutek@dinslaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

John E Quinn jquinn@pghtriallawyers.com, kcuda@pghtriallawyers.com

**PAW/1:11-cv-00279 Notice will not be electronically mailed to:**

**MOW/4:11-cv-01040 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Dan H Ball dhball@bryancave.com

Derek H Potts dpotts@potts-law.com

Bettina J Strauss bjstrauss@bryancave.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

Bret A. Clark bclark@potts-law.com

**MOW/4:11-cv-01040 Notice will not be electronically mailed to:**

**OHN/1:11-cv-01562 Notice has been electronically mailed to:**

Richard B North, Jr richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, amanda.shelton@nelsonmullins.com, andrew.rosenzweig@nelsonmullins.com, carla.foster@nelsonmullins.com, mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Gerald Scott Leeseberg gsl@leesebergvalentine.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Susie Lin Hahn shahn@leesebergvalentine.com

**OHN/1:11-cv-01562 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West

Sommerville, NJ 08876

**PAE/5:11-cv-05538 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

MELISSA A GRAFF melissa.graff@dbr.com

**PAE/5:11-cv-05538 Notice will not be electronically mailed to:**

**GAN/1:11-cv-03903 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:11-cv-03903 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**LAW/3:11-cv-01768 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

James B. Irwin, V jirwin@irwinllc.com

David O'Quinn Doquinn@irwinllc.com, doquinn@irwinllc.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

Stephanie Lottinger Irwin sirwin@irwinllc.com

**LAW/3:11-cv-01768 Notice will not be electronically mailed to:**

Monique M. Garsaud
Irwin Fritchie Urquhart & Moore, LLC (New Orleans)
400 Poydras St.
Suite 2700
New Orleans, LA 70130

**KS/2:11-cv-02595 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Derek H Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Patricia L Campbell pcampbell@potts-law.com

Bret A. Clark bclark@potts-law.com

Theresa L.F. Levings tlevings@badgerlevings.com

**KS/2:11-cv-02595 Notice will not be electronically mailed to:**

**LAW/3:11-cv-01897 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

**LAW/3:11-cv-01897 Notice will not be electronically mailed to:**

Ethicon Inc.
Route 22 West
Somerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**WAW/2:11-cv-01635 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Eric M Fong eric@ericfonglaw.com

**WAW/2:11-cv-01635 Notice will not be electronically mailed to:**

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

**OHS/1:11-cv-00516 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Gerald Scott Leeseberg gsl@leesebergvalentine.com

Mark R Mueller mark@voodoocowboy.com, receptionist@muellerlaw.com, mark@muellerlaw.com

Susie Lin Hahn shahn@leesebergvalentine.com

Rita A Maimbourg rmaimbourg@tuckerellis.com

**OHS/1:11-cv-00516 Notice will not be electronically mailed to:**

**GAN/1:11-cv-03904 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,
jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:11-cv-03904 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**OHN/5:11-cv-02012 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Barbara R Binis bbinis@reedsmith.com

Gerald Scott Leeseberg gsl@leesebergvalentine.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Susie Lin Hahn shahn@leesebergvalentine.com

**OHN/5:11-cv-02012 Notice will not be electronically mailed to:**

American Medical Systems, Inc.
10700 Bren Road West
Minnetonka, MN 55343

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

**TNE/3:11-cv-00483 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

**TNE/3:11-cv-00483 Notice will not be electronically mailed to:**

Ethicon, Inc.

Route 22 West
Sommerville, NJ 08876

Johnson & Johnson Inc.
Douglas K. Chia, Registered Agent
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Michael S Pemberton
PEMBERTON & SCOTT PLLP
9539 Kingston Pike
Knoxville, TX 37922

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

**FLN/3:11-cv-00564 Notice has been electronically mailed to:**

Sybil Shainwald shainwald@shainwaldlaw.com

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com,
ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com,
laura.dixon@butlersnow.com, mkabbash@riker.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Douglass A Kreis dkreis@awkolaw.com, cbrumfield@awkolaw.com

Bryan Frederick Aylstock baylstock@awkolaw.com, baylstock@aws-law.com, Jlindsey@awkolaw.com

Justin Graem Witkin jwitkin@aws-law.com

**FLN/3:11-cv-00564 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

**PAE/2:11-cv-05591 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

MELISSA A GRAFF melissa.graff@dbr.com

**PAE/2:11-cv-05591 Notice will not be electronically mailed to:**

**WIE/2:11-cv-00836 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, ecf.notices@butlersnow.com, karen.evans@butlersnow.com, kcrawford@riker.com, laura.dixon@butlersnow.com, mkabbash@riker.com

David B Bartel david.bartel@quarles.com

Catherine A Faught catherine.faught@quarles.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**WIE/2:11-cv-00836 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/7/2012] [FileNumber=256541-0] [
761d4dd765afa8a34647c21e29a7e4ebfd43daeb8c919aeb659660314eb93b7a393ae0
27d8aa79d05c9d9a1cce713f2e71e0a8da2a8ce0d5dd273d25e28c32c6]]